IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG TELECOMMUNICATIONS AMERICA LP, and SAMSUNG ELECTRONICS CO., LTD., <br><br> Defendants. | Civil Action No. 1:03-CV-01086-GMS <br> (Judge Sleet) |

### [PROPOSED] ORDER

This matter has come before the Court on the parties' Joint Motion to Vacate the *Markman* Order. Having considered the matter, the Court grants the motion and hereby vacates the *Markman* order.

IT IS SO ORDERED this 15th day of February, 2006.

_____
GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

119924.00601/40159875v.1