IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ITT MANUFACTURING ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG TELECOMMUNICATIONS AMERICA LP, and SAMSUNG ELECTRONICS CO., LTD., <br><br> Defendants. | Civil Action No. 1:03-CV-01086-GMS <br> (Judge Sleet) |

## STIPULATED ORDER OF DISMISSAL

Plaintiff ITT Manufacturing Enterprises, Inc. ("ITT") and Defendants Samsung Electronics Co., Ltd., Samsung Telecommunications America, LP and Samsung Electronics America, Ltd. (collectively, "Samsung") hereby agree and stipulate to the dismissal with prejudice of all claims and defenses asserted herein by ITT against Samsung and all counterclaims and defenses asserted herein by Samsung against ITT.

Each party shall its own costs and attorneys' fees.

Agreed and stipulated to by:

| | |
|---|---|
| /s/ Thomas P. Preston | /s/ Paul E. Crawford |
| Thomas P. Preston, Esq. <br> I.D. No. 2548 <br> BLANK ROME LLP <br> 1201 Market Street, Suite 800 <br> Wilmington, DE 19801 <br> Tel: (302) 425-6400 <br><br> James D. Berquist, Esq. <br> J. Scott Davidson, Esq. <br> Donald L. Jackson, Esq. <br> DAVIDSON BERQUIST JACKSON & GOWDEY, LLP | Paul E. Crawford, Esq. <br> I.D. No. 0493 <br> Connolly Bove Lodge & Hutz LLP <br> 1007 N. Orange St. <br> P.O. Box 2207 <br> Wilmington, DE 19899 <br> Tel: (302) 658-9141 <br><br> Jeffrey K. Sherwood <br> Colleen M. Coyle <br> Kevin R. Hamel <br> AKIN GUMP STRAUSS HAUER & FELD |

4300 Wilson Blvd., Suite 700
Arlington, VA 22203
Tel: (703) 894-6400

ATTORNEYS FOR PLAINTIFF ITT
MANUFACTURING ENTERPRISES, INC.

LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 887-4000

ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG TELECOMMUNICATIONS
AMERICA, LP

APPROVED AND ORDERED this _____ day of ~~February~~ MARCH, 2006.

_____
GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE